SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

**E-Filed 6/7/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGELHART ELECTRIC COMPANY, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: CV10-05614 JF<br><br>JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:   June 10, 2011<br>TIME:   10:30 A.M.<br>PLACE:  Courtroom 3, 5th Floor<br><br>JUDGE:  Hon. Jeremy Fogel |

Plaintiffs and Defendant in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. The case has settled. Plaintiffs are in the process of preparing settlement documents, and a stipulated judgment will be filed within 30 days.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

-1-

Law Office of Sue Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No.   CV10-05614 JF

1  Funds. Plaintiffs and Defendant would like to continue the case until July 8, 2011. The case
2  has settled, and Plaintiffs are preparing settlement documents. A stipulated judgment will be
3  filed within 30 days. Therefore, Plaintiffs and Defendant request that the case be continued
4  July 8, 2011, for another Case Management Conference.

7  Dated: June___, 2011

/ S /
SUE CAMPBELL
Attorney for Plaintiffs

10  Dated: June 01, 2011

ROGER MASON
Attorney for Defendants

## ORDER

The Case Management Conference is hereby continued to July 8, 2011, at 10:30 A.M., in Courtroom 3, 5th Floor. Plaintiffs and Defendant will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 6/7/2011

JUDGE OF THE U.S. DISTRICT COURT

-2-