1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 218
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ENGELHART ELECTRIC COMPANY, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: CV10-05614 JF<br><br>JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:  July 8, 2011<br>TIME:  10:30 A.M.<br>PLACE: Courtroom 3, 5th Floor<br><br>JUDGE: Hon. Jeremy Fogel |

Plaintiffs and Defendant in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. The case has settled. The Defendant and one of the named Plaintiffs have signed the settlement documents. The other named Plaintiff is out of town until Tuesday July 5, 2011, and has not signed the settlement documents. Plaintiffs request a one-week continuance to obtain the final signature.

-1-

**Law Office of Sue Campbell**
1155 N. First St,
Ste. 218
San Jose, CA 95112

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No.    CV10-05614 JF

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs and Defendant would like to continue the case until July 15, 2011. The case has settled and all settlement documents have been signed by the Defendant and one of the named Plaintiffs. The final signature will be obtained no later than Tuesday July 5, 2011. All settlement documents will be filed with the court on Tuesday July 5, 2011. Therefore, Plaintiffs and Defendant request that the case be continued July 15, 2011, for another Case Management Conference.

Dated: June 29, 2011

/S/
SUE CAMPBELL
Attorney for Plaintiffs

Dated: June 29, 2011

ROGER MASON
Attorney for Defendants

## ORDER

The Case Management Conference is hereby continued to July 15, 2011, at 10:30 A.M., in Courtroom 3, 5th Floor. Plaintiffs and Defendant will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 7/7/11

JUDGE OF THE U.S. DISTRICT COURT

Law Office of Sue Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

-2-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No.    CV10-05614 JF