SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> ENGELHART ELECTRIC COMPANY, INC., A California Corporation <br> Defendant(s). | CASE NO.: 10-CV-05614 JF <br><br> REQUEST FOR CONDITIONAL DISMISSAL PENDING PAYMENT IN FULL UNDER SETTLEMENT AGREEMENT AND ORDER THEREON |

All parties having appeared and executed a Stipulation for Entry of Judgment, the parties hereby request that the Court order a conditional dismissal of the entire action. The dismissal is conditional upon payment in full under the Stipulation for Entry of Judgment attached hereto as Exhibit "A".  The court shall retain jurisdiction in this matter. In the event Defendant defaults in performance of the terms of the Stipulation for Entry of Judgment, judgment shall be entered upon ten (10) days' written notice to Defendant, and a declaration filed by Plaintiffs' attorney as to default by the Defendant. Pursuant to the stipulation of the parties, the judgment to be entered shall be for the balance owed in contributions for the period July - September 2010 in

Law Office of Sue Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

1

REQUEST FOR CONDITIONAL DISMISSAL
No. 10-CV-05614 JF

1  the amount of $48,955.64, attorney's fees of $3,047.00, Costs of $350.00, Liquidated damages

2  for the months of June - August 2010 in the amount of $18,193.82, Interest at 10% from

3  September 1, 2010 - June 1, 2011 in the amount of $4,079.63 plus interest on the declining

4  balance due at 10%, plus current contributions due, less any amounts paid in accordance with

5  the Stipulation for Entry of Judgment.

6

7

8  Dated:  _7/5 / 2011_                      _____
                                              SUE CAMPBELL
9                                             Attorney for Plaintiffs

10

11  Dated:  _6/28/11_                         ENGELHART ELECTRIC COMPANY, INC.,
                                              A CALIFORNIA CORPORATION
12

13                                            BY: _____
14

15                        **ORDER**

16          In accordance with the settlement and request of the parties, and good cause

17  appearing therefor,

18          IT IS HEREBY ORDERED that a conditional dismissal with prejudice of the

19  entire action be entered. The dismissal is conditional upon payment in full under the Stipulation

20  for Entry of Judgment attached hereto as Exhibit "A" and for the Contributions due and unpaid

21  to the TRUST FUNDS for the period July - September 2010. The Court shall retain jurisdiction

22  over this matter. In the event Defendant defaults in performance of the settlement agreement or

23  payment schedule, and upon ten (10) days' written notice to Defendant, and a declaration filed

24  by Plaintiffs' attorney as to default by the Defendant, pursuant to the parties' stipulation, the

25  Court authorizes entry of judgment for the balance owed in contributions for the period July -

26  September 2010 in the amount of $48,955.64, attorney's fees of $3,047.00, Costs of $350.00,

27

28

Law Office of Sue
Campbell
1155 N. First St,                REQUEST FOR CONDITIONAL DISMISSAL
Ste. 218                         No. 10-CV-05614 JF
San Jose, CA 95112

1  Liquidated damages for the months of June - August 2010 in the amount of $18,193.82, Interest
2  at 10% from September 1, 2010 - June 1, 2011 in the amount of $4,079.63 plus interest on the
3  declining balance due at 10%, plus current contributions due, less any amounts paid in
4  accordance with the Stipulation for Entry of Judgment. The clerk shall close the file. It may be
5  re-opened on application by a party contemporaneously with a request to enter judgment
6  pursuant to the stipulation for entry of judgment.

7

8

9  Dated:  7/7/11

10                                                     U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

REQUEST FOR CONDITIONAL DISMISSAL
No. 10-CV-05614 JF

3

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 218
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:      (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
   BOB TRAGNI AND WILLIAM T.           )   CASE NO.: 10-CV-05614 JF
10 BARROW, AS TRUSTEES OF THE          )
   INTERNATIONAL BROTHERHOOD OF        )   STIPULATION FOR ENTRY OF
11 ELECTRICAL WORKERS LOCAL 332        )   JUDGMENT, JUDGMENT PAYABLE
   HEALTH AND WELFARE AND PENSION      )   IN INSTALLMENTS
12 TRUST FUNDS, NEBF, JEIF, NECA       )
   SERVICE CHARGE, NECA, DUES          )
13 CHECK OFF  AND APPRENTICESHIP       )
   TRAINING TRUST FUNDS,               )
14                                     )
                     Plaintiffs,       )
15 vs.                                 )
                                       )
16 ENGELHART ELECTRIC COMPANY, INC., A )
   California Corporation              )
17                   Defendant(s).     )
                                       )
18 ─────────────────────────────────────

19         IT IS HEREBY STIPULATED and agreed by and between Plaintiffs BOB

20 TRAGNI and WILLIAM T. BARROW as trustees and fiduciaries of the INTERNATIONAL

21 BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE

22 AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES

23 CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS. (hereinafter referred to

24 as "TRUST FUNDS") and Defendant ENGELHART ELECTRIC COMPANY, INC., A

25 California Corporation, ("Engelhart") as follows:

26         1.    ENGELHART shall make all payments on the Contributions due and unpaid to

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

                                        1
─────────────────────────────────────────────────
STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-05614 JF

1  the TRUST FUNDS for the July - September 2010 in the amount of $48,955.64, plus interest

2  at 10% from September 1, 2010 - June 1, 2011 in the amount of $4,079.63, for a total of

3  $53,035.27 on or before December 1, 2011, and liquidated damages of $18,193.82 on or before

4  July 1, 2012 as set forth below:

5            A.     The balance of $53,035.27, plus interest at 10% on the declining balance

6                 in the amount of $1,021.59 will be paid in six monthly payments, pursuant

7                 to the attached payment schedule. The first payment will be in the amount

8                 of $8,839.21. The first payment will be due on July 1, 2011. The final

9                 payment will be in the amount of $8,906.28 and will be due on December

10                 1, 2011.

11            B.     Thereafter, ENGELHART shall pay liquidated damages of $18,193.82,

12                 attorney's fees in the amount of $3,047.00, and costs in the amount of

13                 $350.00, for a total of $21,590.82 at $3,500.00 per month beginning on

14                 January 1, 2012. The final payment of $590.82 will be due on July 1, 2012.

15            C.     On January 1, 2012, if ENGELHART is current with the payment schedule

16                 as set forth above in "A", and is current on all contributions, they may

17                 request a waiver or reduction of liquidated damages, attorney's fees, and

18                 costs. Any waiver will be granted at the discretion of the board. Any

19                 modifications of payments or modifications including the reduction of

20                 liquidated damages must be agreed to in writing by both ENGELHART

21                 and the Trust Funds.

22      2.     Any modification of payments must be made in writing and agreed to by both the

23  Trust Funds and ENGELHART.

24          IT IS FURTHER AGREED that ENGELHART shall make payments of all

25  ongoing amounts to become due to the Trust Funds pursuant to contract between ENGELHART

26  and Trust Funds for covered hours worked by defendant employees commencing with payment

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

2

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-05614 JF

1   for June hours due on or before July 15, 2011 and continuing until the full amount of the reduced

2   judgment as set forth below is paid. Checks will be made payable to: "I.B.E.W. Local 332

3   Employee Benefit Trust Funds" and sent to Sue Campbell at: 1155 N. First St., Suite 218 San

4   Jose, CA 95112.

5          IT IS FURTHER AGREED by the parties hereto that upon failure of the

6   Defendant to make any of their monthly contribution payments pursuant to the collective

7   bargaining agreement in the timely manner as required above, and pursuant to the terms of this

8   stipulation as set forth above, the stipulated judgment attached as Exhibit "A" shall be entered

9   in the amount set forth below:

10         A.   Contributions due and unpaid to the TRUST FUNDS for the period

11              July - September 2010 in the amount of $48,955.64;

12         B.   Liquidated damages due and unpaid to the TRUST FUNDS for the

13              months of for the months of June - August 2010 in the amount of

14              $18,193.82;

15         C.   Attorney's fees due pursuant to contract in the amount of $3,047.00;

16         D.   Costs of suit incurred in this action in the amount of $350.00;

17         E.   Contributions from June 2011 - December 2011, reduced by any

18              offsets for payments made.

19         F.   Interest at 10% from September 1, 2010 - June 1, 2011 in the

20              amount of $4,079.63 plus interest on the declining balance due on

21              the payment schedule at 10%.

22         Said Judgment shall issue upon ten days written notice to ENGELHART, upon the filing

23   of a declaration by Trust Funds' attorney stating that a default has occurred.

24         Upon payment of Contributions due and unpaid to the TRUST FUNDS for the period July

25   - September 2010 in the amount of $48,955.64, plus interest at 10% from September 1, 2010 -

26   June 1, 2011 in the amount of $4,079.63 for a total of $53,035.27 plus liquidated damages in the

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

3

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-05614 JF

1   amount of $18,193.82 for a total of $71,229.09, the TRUST FUNDS shall file a Request for
2   Dismissal with prejudice in the lawsuit filed in the U.S. District Court, Northern District of
3   California, case number: 10-CV-05614 JF entitled BOB TRAGNI AND WILLIAM
4   T.BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF
5   ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST
6   FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES  CHECK OFF AND
7   APPRENTICESHIP TRAINING TRUST FUNDS vs. ENGELHART ELECTRIC COMPANY,
8   INC., A California Corporation and shall provide a file endorsed copy of that Request for
9   Dismissal via U.S. Mail to  Roger Mason, Esq., Attorney for ENGELHART ELECTRIC
10  COMPANY, INC., A California Corporation at 983 University Ave, Suite 104C, Los Gatos, CA
11  95032.
12          This Stipulation covers the delinquent amounts due to the Plaintiffs for the time
13  period: July - September 2010 only, and does not include any amounts for any other time period
14  that the collective bargaining agreement is in effect between the signatory parties. By entering
15  into this Stipulation, Trust Funds do not waive their right to audit the employer for the above
16  time period, or any other time period, and to collect through a subsequent legal action any
17  additional monies found by an audit to be delinquent because of unreported hours.
18          This agreement may be executed in multiple counterparts, each of which shall
19  constitute an original, and all of which taken together shall constitute one and the same
20  agreement.
21          In witness thereof, Plaintiff and Defendant have executed this stipulation for
22  judgment this _____ day of _____ 2011, at San Jose, California.
23
24  DATED: _6/28/11_                      ENGELHART ELECTRIC COMPANY, INC.,
25                                        A CALIFORNIA CORPORATION
26                                        BY:_____
27
28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

4

STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-05614 JF

1

2      DATED: _____

3                                              I.B.E.W.  LOCAL  332  EMPLOYEE
                                               BENEFIT TRUST FUND
4

5                                              By:_____

6

7

8      DATED: 6/27/11

9                                              I.B.E.W.  LOCAL  332  EMPLOYEE
                                               BENEFIT TRUST FUND,
10

11                                             By: _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Sue
Campbell
1155 N. First St,      STIPULATION FOR ENTRY OF JUDGMENT            5
Ste. 218               No. 10-CV-05614 JF
San Jose, CA 95112

1
2
3   DATED: _____        I.B.E.W.  LOCAL  332  EMPLOYEE
                                  BENEFIT TRUST FUND
4
5                                 By:_____
6
7
8   DATED: 7/5/0V                 I.B.E.W.  LOCAL  332  EMPLOYEE
                                  BENEFIT TRUST FUND
9
10                                By:_____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Office of Ehe
Campbell
1155 N. First St.
Ste. 218
San Jose, CA 95112

STIPULATION FOR ENTRY OF JUDGMENT                    5
No. 10-CV-05614 JF

## Englehart Payment Schedule

| | Payment Amount (Not Including Current Interest) | Balance Owed | Interest Rate | Total | Dividends (Daily Ratio) | # OF DAYS | Current Interest Owed | Payment Including Interest on Doc. Balance 6/1/10 - 6/1/11 | Interest for 9/1/10-6/1/11 | Total Payment Due Including Interest for 9/1/10-6/1/11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $48,955.64 | 0.1 | $4,895.56 | 13.41250411 | 0 | $0.00 | | | |
| July 1, 2011 | $8,159.27 | $40,796.37 | 0.1 | $4,079.64 | 11.17708757 | 31 | $340.49 | $8,159.27 | $679.94 | $8,838.21 |
| August 1, 2011 | $8,159.27 | $32,637.10 | 0.1 | $3,263.71 | 8.941971233 | 30 | $308.25 | $8,505.76 | $679.94 | $8,185.70 |
| September 1, 2011 | $8,159.27 | $24,477.83 | 0.1 | $2,447.79 | 8.768254195 | 30 | $201.19 | $8,475.52 | $679.94 | $9,107.46 |
| October 1, 2011 | $8,159.27 | $16,318.56 | 0.1 | $1,631.86 | 6.470638556 | 31 | $138.60 | $8,360.46 | $679.94 | $9,046.49 |
| November 1, 2011 | $8,159.27 | $8,159.29 | 0.1 | $815.93 | 4.470638556 | 30 | $67.00 | $8,297.87 | $679.94 | $8,977.81 |
| December 1, 2011 | $8,159.28 | $0.00 | 0.1 | $0.00 | 2.235421918 | 31 | $0.00 | $8,226.35 | $679.93 | $8,906.28 |
| | | | | | 0 | | | | | |
| TOTALS | $48,955.64 | | | | | | $1,021.59 | $48,977.23 | $4,079.63 | $54,055.86 |

1   SUE CAMPBELL
    Attorney at Law, State Bar Number 98728
2   1155 North First Street, Suite 218
    San Jose, California 95112
3   Phone:  (408) 277-0648
    Fax:     (408) 938-1035
4
    Attorney for Plaintiffs
5

6

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9   BOB TRAGNI AND WILLIAM T.            )   CASE NO.: 10-CV-05614 JF
    BARROW, AS TRUSTEES OF THE           )
10  INTERNATIONAL BROTHERHOOD OF         )   JUDGMENT ON STIPULATION FOR
    ELECTRICAL WORKERS LOCAL 332         )   ENTRY OF JUDGMENT
11  HEALTH AND WELFARE AND PENSION       )
    TRUST FUNDS, NEBF, JEIF, NECA        )
12  SERVICE CHARGE, NECA, DUES           )
    CHECK OFF  AND APPRENTICESHIP        )
13  TRAINING TRUST FUNDS,                )
                                         )
14                     Plaintiffs,       )
                                         )
15  vs.                                  )
                                         )
16  ENGELHART ELECTRIC COMPANY, INC., A  )
    California Corporation               )
17                     Defendant(s).     )
    _____)

18       In the above-entitled cause,  Plaintiffs BOB TRAGNI and WILLIAM T. BARROW as

19  trustees and fiduciaries of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL

20  WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS,

21  NEBF,  JEIF,  NECA  SERVICE  CHARGE,  NECA,  DUES  CHECK  OFF  AND

22  APPRENTICESHIP TRAINING TRUST FUNDS. and Defendant ENGELHART ELECTRIC

23  COMPANY, INC., A California Corporation, having stipulated that judgment be entered in

24  favor of Plaintiff and against the Defendant in the sum of $74,626.09.

25       IT IS ORDERED THAT Plaintiffs BOB TRAGNI and WILLIAM T. BARROW

26  as trustees and fiduciaries of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL

27

28

Law Office of Sue
Campbell                                         1
1155 N. First St,
Ste. 218            JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT
San Jose, CA 95112  No. 10-CV-05614 JF

1  WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS,

2  NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND

3  APPRENTICESHIP TRAINING TRUST FUNDS have and recover judgment from

4  ENGELHART ELECTRIC COMPANY, INC., A California Corporation in the amount of

5  $74,626.09 which is composed of the following:

6        A.  Contributions due and unpaid to the TRUST FUNDS for the period July -

7             September 2010 in the amount of $48,955.64;

8        B.  Liquidated damages due and unpaid to the TRUST FUNDS for the months

9             of for the months of June - August 2010 in the amount of $18,193.82;

10        C.  Attorney's fees due pursuant to contract in the amount of $3,047.00;

11        D.  Costs of suit incurred in this action in the amount of $350.00;

12        E.  Contributions from June 2011 - December 2011, reduced by any offsets for

13             payments made.

14        F.  Interest at 10% from September 1, 2010 - June 1, 2011 in the amount of

15             $4,079.63 plus interest on the declining balance due on the payment

16             schedule at 10%.

17      This judgment shall cover only the delinquent amounts for the time period July -

18  September 2010. The judgment does not include any unknown amounts due to the Plaintiffs for

19  the time period July - September 2010, or for any other time period that the collective bargaining

20  agreement is in effect between the signatory parties.

21      The judgment specifically does not waive the right of the Trust Funds to audit the

22  employer for the above time period, or any other time period, and to collect any additional

23  monies found to be delinquent as a result of an audit through a subsequent legal action.

24

25  DATED: _7/7/11_____

                                       JUDGE OF THE U.S. DISTRICT COURT

26

27

28

Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

2

JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT
No. 10-CV-05614 JF